STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 2000

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00-00190 HG |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 1204] |
| MARY LOU FRENCH, | |
| Defendant. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about January 7, 1999, and continuing until on or about April 28, 2000, in the District of Hawaii and elsewhere, MARY LOU FRENCH, did knowingly remove Emily Mei Ling French, a child who had not attained the age of 16 years, from the United

States, with the intent to obstruct the lawful exercise of James L. French's parental rights.

All in violation of Title 18, United States Code, Section 1204.

## COUNT 2:

The Grand Jury further charges that:

From on or about January 7, 1999, and continuing until on or about April 28, 2000, in the District of Hawaii and elsewhere, MARY LOU FRENCH, did knowingly retain Emily Mei Ling French, a child who had not attained the age of 16 years, and who had been in the United States, outside the United States with the intent to obstruct the lawful exercise of James L. French's parental rights.

All in violation of Title 18, United States Code, Section 1204.

## COUNT 3:

The Grand Jury further charges that:

From on or about January 7, 1999, and continuing until on or about April 28, 2000, in the District of Hawaii and elsewhere, MARY LOU FRENCH, did knowingly remove Sarah Wen Ling French, a child who had not attained the age of 16 years, from the United

States, with the intent to obstruct the lawful exercise of James L. French's parental rights.

All in violation of Title 18, United States Code, Section 1204.

COUNT 4:

The Grand Jury further charges that:

From on or about January 7, 1999, and continuing until on or about April 28, 2000, in the District of Hawaii and elsewhere, MARY LOU FRENCH, did knowingly retain Sarah Wen Ling French, a child who had not attained the age of 16 years, and who had been in the United States, outside the United States with the intent

//
//
//
//
//
//
//
//
//
//
//
//

to obstruct the lawful exercise of James L. French's parental rights.

All in violation of Title 18, United States Code, Section 1204.

DATED: May 3 2000, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

USA v. Mary Lou French,
Cr. No. _____ ;
Indictment

4